USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-2016

Swain, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ASHLEY FRANCIS,

        Plaintiff,
   -vs-

TGI FRIDAY'S INC; THE RIESE ORGANIZATION, INC,
677 LEX REALTY LLC; 677 LEX TGI, INC.

        Defendants.
-------------------------------------------------------------X

Case No.: 16 CV 0189 (LTS)

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein, as follows:

1. The Defendants' time to answer or otherwise move against the Complaint filed herein is extended to and including March 8, 2016.

2. The parties acknowledge receipt of the Initial Conference Order dated January 13, 2016.

3. The parties hereby consent to electronic service of all documents pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Notwithstanding the foregoing, service via email, in order to be effective upon Defendants, must be made simultaneously to all of the following email addresses: jrosenzweig@natrest.com; iram@natrest.com; and ychery@natrest.com.

4. Facsimile or "PDF" copies of a signature and/or signatures shall have the same force and effect as originals for the purposes of this Stipulation.

Dated: New York, New York
February 3, 2016

_____
Parker Hanski LLC
By: Glen H. Parker, Esq.
Attorneys for Plaintiff
40 Worth Street
New York, NY 10013
(212) 248-7400

_____
James P. Rosenzweig, Esq.
Illana Ram, Esq., Of Counsel
Attorneys for Defendants
560 Fifth Avenue, 3rd Floor
New York, New York 10036
(212) 560-1749

**SO ORDERED:**

_____
2/5/16
U.S.D.J.